UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VALERIE W.,

     Plaintiff,

v.

COMMISSIONER OF
SOCIAL SECURITY,

     Defendant.

_____/

Case No. 25-cv-10323
Hon. Matthew F. Leitman

### ORDER DIRECTING COMMISSIONER OF SOCIAL SECURITY TO INDICATE WHETHER COMMISSIONER PLANS TO FILE OBJECITONS TO REPORT AND RECOMMENDATION (ECF No. 16)

In this action, Plaintiff Valerie W. seeks review of the denial of her applications for disability insurance benefits and supplemental security income. Valerie W. and Defendant Commissioner of Social Security have now filed cross-motions for summary judgment. (*See* Mots., ECF Nos. 12, 14.) On March 17, 2026, the assigned Magistrate Judge issued a report and recommendation in which he recommended that the Court (1) grant Valerie W.'s motion, (2) deny the Commissioner's motion, and (3) remand this action to the Commissioner for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g) (the "R&R"). (*See* R&R, ECF No. 16.)

Objections to the R&R are due on March 31, 2026. (*See id.*, PageID.777-778.) Nonetheless, for docket management purposes, it would be beneficial to the Court to know if the Commissioner plans to file objections to the R&R prior to any objections being filed.  Accordingly, the Court **ORDERS** the Commissioner, by no later than **March 27, 2026**, to file a notice on the docket indicating whether the Commissioner plans to file objections to the R&R.  If the Commissioner does plan to file objections, those objections shall be filed by **March 31, 2026**.

   **IT IS SO ORDERED**.

       s/Matthew F. Leitman
       MATTHEW F. LEITMAN
       UNITED STATES DISTRICT JUDGE

Dated:  March 17, 2026

   I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 17, 2026, by electronic means and/or ordinary mail.

       s/Holly A. Ryan
       Case Manager
       (313) 234-5126