UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VALERIE W.,

      Plaintiff,

v.

COMMISSIONER OF
SOCIAL SECURITY,

      Defendant.

_____/

Case No. 25-cv-10323
Hon. Matthew F. Leitman

**ORDER (1) GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (ECF No. 12), (2) DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (ECF No. 14), AND (3) REMANDING THIS ACTION FOR FURTHER ADMINISTRATIVE PROCEEDINGS**

In this action, Plaintiff Valerie W. seeks review of the denial of her applications for disability insurance benefits and supplemental security income. (*See* Compl., ECF No. 1.)  Valerie W. and Defendant Commissioner of Social Security have now filed cross-motions for summary judgment. (*See* Mots., ECF Nos. 12, 14.)

On March 17, 2026, the assigned Magistrate Judge issued a report and recommendation in which he recommended that the Court (1) grant Valerie W.'s motion, (2) deny the Commissioner's motion, and (3) remand this action to the Commissioner for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g) (the "R&R"). (*See* R&R, ECF No. 16.)

On March 18, 2026, the Commissioner filed a notice with the Court in which the Commissioner indicated that he would not be filing any objections to the R&R. (*See* Notice, ECF No. 18.)  The failure to object to an R&R releases the Court from its duty to independently review the matter. *See Thomas v. Arn,* 474 U.S. 140, 149 (1985). *See also Ivey v. Wilson*, 832 F.2d 950, 957 (6th Cir. 1987) (explaining that where party fails to file "timely objections" to report and recommendation, court may accept that recommendation "without expressing any view on the merits of the magistrate's conclusions").  In addition, the failure to file objections to an R&R waives any further right to appeal. *See Howard v. Sec'y of Health and Human Servs.,* 932 F.2d 505 (6th Cir. 1991); *Smith v. Detroit Fed'n of Teachers Local 231,* 829 F.2d 1370, 1373 (6th Cir. 1987).

Accordingly, because the Commissioner has told the Court that he does not object to the recommended disposition of the R&R, **IT IS HEREBY ORDERED** that the Magistrate Judge's recommendation to grant Valerie W.'s motion for summary judgment and deny the Commissioner's motion for summary judgment is **ADOPTED**.

**IT IS FURTHER ORDERED** that:

(1) Valerie W.'s motion for summary judgment (ECF No. 12) is **GRANTED**;

(2) the Commissioner's motion for summary judgment (ECF No. 14) is **DENIED**; and

(3) this action is **REMANDED** to the Commissioner for further administrative proceedings consistent with the R&R and this order.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  March 19, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 19, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126