UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VALERIE W.,

     Plaintiff,

v.

COMMISSIONER OF
SOCIAL SECURITY,

     Defendant.

_____/

Case No. 25-cv-10323
Hon. Matthew F. Leitman

## JUDGMENT

For the reasons stated in the order issued on this date, it is **ORDERED** and **ADJUDGED** that Plaintiff's Motion for Summary Judgment is **GRANTED**, Defendant's Motion for Summary Judgment is **DENIED**, and this action is **REMANDED** to the Commissioner of Social Security for further administrative proceedings.

KINIKIA ESSIX
CLERK OF COURT

By:   s/Holly A. Ryan_____
       Deputy Clerk

Approved:

s/Matthew F. Leitman_____
MATTHEW F. LEITMAN
United States District Judge

Dated:  March 19, 2026

Detroit, Michigan

1